FILED
CLERK, U.S. DISTRICT COURT

DEC - 4 2014

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, ) Case No.: 2:05CR00547
           Plaintiff, )
  vs. ) ORDER OF DETENTION AFTER HEARING
            ) [Fed.R.Crim.P. 32.1(a)(6);
Burum Defendant. ) 18 U.S.C. 3143(a)]

    The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the ___CD/CA___ for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

    The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

    The Court finds that:

A.  (✓) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on _____

1
2
3
4   and/or
5   B.   ( )   The defendant has not met his/her burden of establishing by
6   clear and convincing evidence that he/she is not likely to pose
7   a danger to the safety of any other person or the community if
8   released under 18 U.S.C. § 3142(b) or (c). This finding is based
9   on: _____
10  _____
11  _____
12  _____
13
14   IT THEREFORE IS ORDERED that the defendant be detained pending
15  the further revocation proceedings.
16
17  Dated: 12/4/14
18
19                                              _____
20                                              UNITES STATES MAGISTRATE JUDGE
21
22
23
24
25
26
27
28

2