FILED

JAN 27 2016

MR

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 05-00547-SJO |
| Plaintiff, | ORDER OF DETENTION AFTER HEARING (Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation/ Supervised Release Conditions) |
| v. | |
| WILLIAM GENE BURUM | |
| Defendant. | |

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The court finds no condition or combination of conditions that will reasonably assure:

(A) [X] the appearance of defendant as required; and/or
(B) [X] the safety of any person or the community.

//
//

The court concludes:

A. [X] Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that:

he will comply w/conditions. Defendant's positive drug tests and failures to report w/ criminal history present risk to safety of others

(B) [X] Defendant is a flight risk because defendant has not shown by clear and convincing evidence that:

he will comply w/conditions. Also, he is a flight risk due to substance abuse & lack of bail resources.

IT IS ORDERED that defendant be detained.

DATED: 1/27/16

SUZANNE H. SEGAL
UNITED STATES MAGISTRATE JUDGE