
FILED
CLERK, U.S. DISTRICT COURT

DEC - 7 2017

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 05-CR-547-SJO |
|---|---|
| Plaintiff, | |
| v. | ORDER OF DETENTION AFTER HEARING |
| WILLIAM GENE BURUM | [Fed.R.Crim.P. 32.1(A)(6); 18 U.S.C. § 3143(A)] |
| Defendant. | |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Central District of California for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A. ☒ The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on defendant submitted

to detention.

and/or

B. [X] The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on: defendant submitted to detention.

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: 12/7/2017

_____
ALEXANDER F. MacKINNON
UNITED STATES MAGISTRATE JUDGE